UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DIVISION

CASE NO. 08-23444-CIV-ALTONAGA/BROWN

**DOUBLE AA INTERNATIONAL
INVESTMENT GROUP, INC., et al.**

vs.

**SWIRE PACIFIC
HOLDINGS, INC.,** et al.,

    Defendants.
_____/

### DEFENDANT LAWYERS TITLE INSURANCE CORPORATION'S ANSWER, AND AFFIRMATIVE DEFENSES TO AMENDED COMPLANIT

Defendant, LAWYERS TITLE INSURANCE CORPORATION ("Lawyers Title"), by and through its Undersigned Counsel, files its Answer and Affirmative Defenses in response to Plaintiffs', **DOUBLE AA INTERNATIONAL INVESTMENT GROUP, INC. and DAYMI RODRIGUEZ** ("Plaintiffs") Amended Complaint and states as follows:

    1.    Without knowledge or information to form a belief as to the truth of Paragraph 1 and on that basis denies the allegations contained therein.

    2.    Admits the allegations contained in Paragraph 2 of Plaintiff's Amended Complaint.

    3.    Without knowledge or information to form a belief as to the truth of Paragraphs 3 and 4, and on that basis denies the allegations contained therein.

    4.    Admits the allegations contained in Paragraph 5 of Plaintiff's Amended Complaint.

Case No. 08-23444-CIV-ALTONAGA/BROWN

5. With respect to the allegations contained in Paragraph 6 of the Amended Complaint, Admits it is a foreign corporation doing business in Florida and is holding certain monies in escrow. All allegations inconsistent therewith are hereby denied.

6. Admits the allegations contained in Paragraph 7 through 17 of the Amended Complaint.

7. Defendant neither admits nor denies the allegations contained in Paragraphs 18 and 19 of the Amended Complaint as they do not contain factual allegations to which a response is required and respectfully refers all questions of law to this Honorable Court for determination. To the extent an answer is deemed necessary, the allegations contained in Paragraphs 18 and 19 of the Amended Complaint are Denied.

8. Denies the allegations contained in Paragraph 20 of the Amended Complaint.

9. Admits the allegations contained in Paragraph 21 of the Amended Complaint.

10. Denies the allegations contained in Paragraphs 22 through 24 of the Amended Complaint.

11. Without knowledge or information to form a belief as to the truth of Paragraphs 25 through 41 and on that basis denies each and every allegation contained therein.

12. With respect to the allegations contained in Paragraphs 42 of the Amended Complaint, states that the document speaks for itself and all allegations contrary thereto are Denied.

13. Admits the allegations contained in Paragraph 43 of the Amended Complaint.

14. Admits that Lawyers Title has not released the escrow funds to either Party; all other allegations contained in Paragraph 44 of the Amended Complaint that are contrary are Denied.

Case No. 08-23444-CIV-ALTONAGA/BROWN

15. Without knowledge or information to form a belief as to the truth of Paragraphs 45 through 49 and on that basis denies each and every allegation contained therein.

### Causes of Action

### Count I

16. Count I, consisting of Paragraphs 50 through 67 of the Amended Complaint, is not directed towards this Defendant, Lawyers Title, and therefore, it is under no obligation to answer the allegations set forth therein.

### Count II

17. With respect to the allegations contained in Paragraph 68 of the Amended Complaint, re-avers and realleges the responses to Paragraphs 1 through 49 of the Amended Complaint.

18. Without knowledge or information to form a belief as to the truth of Paragraphs 69 through 71 and on that basis denies each and every allegation contained therein.

19. With respect to Paragraph 72 of the Amended Complaint, Admits that Swire and Lawyers Title refuse to release the money in escrow to the Plaintiffs; however, without knowledge or information to form a belief as to the remaining allegations set forth in Paragraph 72 and on that basis denies the remaining allegations contained therein.

20. Denies the allegations contained in Paragraph 73 of the Amended Complaint.

21. With respect to Paragraph 74 of the Amended Complaint, Admits that Swire and Lawyers Title refuse to release the money in escrow to the Plaintiffs; however, Denies the remaining allegations set forth in Paragraph 74.

22. Denies the allegations contained in Paragraphs 75 and 76 of the Amended Complaint.

Case No. 08-23444-CIV-ALTONAGA/BROWN

## Counts III through V

23. Counts III through V, consisting of Paragraphs 77 through 115 of the Amended Complaint are not directed towards this Defendant, Lawyers Title, and therefore, it is under no obligation to answer the allegations set forth therein.

24. Defendant, Lawyers Title states that with respect to Count II brought against it, a jury trial is not permitted under a claim for declaratory relief.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

25   Plaintiff's Complaint fails to state a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

26. Defendant relies upon all enforceable terms and conditions of the Agreements that are the subject matter of this lawsuit.

### THIRD AFFIRMATIVE DEFENSE

27. Defendant affirmatively asserts the doctrine of laches based upon Plaintiff's acquiescence to Defendant's course of action.

### FOURTH AFFIRMATIVE DEFENSE

28. Plaintiff is not entitled to any relief sought in the Complaint under the doctrine of waiver.

### FIFTH AFFIRMATIVE DEFENSE

29. Plaintiff is not entitled to any relief sought in the Complaint under the doctrine of estoppel.

Case No. 08-23444-CIV-ALTONAGA/BROWN

## SIXTH AFFIRMATIVE DEFENSE

30. Plaintiff is barred from any relief sought in the Complaint because they failed to comply with any and all conditions precedent to filing this lawsuit.

## SEVENTH AFFIRMATIVE DEFENSE

31. In the event the Plaintiff does not or did not have any title or interest in the recovery that is the subject matter of this action, then the Plaintiff may not be the real party in interest herein and may not be entitled to maintain this suit.

## EIGHTH AFFIRMATIVE DEFENSE

32. Plaintiff's damages, if any, were caused in whole or in part by the action of inaction of other parties or third parties, over whom Defendant Lawyers Title had no control and for which it is not liable.

## NINTH AFFIRMATIVE DEFENSE

33. Plaintiff agreed to allow Defendant, Lawyers Title, to hold and disburse the subject deposit in escrow in accordance with the Agreements and applicable law.

## TENTH AFFIRMATIVE DEFENSE

34. At the time of this Answer to the Complaint, Defendant did not know which additional affirmative defenses, if any, may apply. Rather than waive the same, Defendant reserves the right to amend this Answer to the Complaint to assert additional matters constituting an avoidance or affirmative defense which may be revealed through discovery.

**WHEREFORE**, Defendant, Lawyers Title, respectfully requests that this Honorable Court enter Judgment in its favor and award it attorney fees, costs and such other and further relief as is just and proper under the law.

Case No. 08-23444-CIV-ALTONAGA/BROWN

Respectfully Submitted,

Quintairos, Prieto, Wood & Boyer, P.A.
9300 South Dadeland Blvd., 4th Floor
Miami, Florida 33156
Telephone:  (305) 670-1101
Facsimile: (305) 670-1161
Asika Patel, Esq.
apatel@qpwblaw.com
Florida Bar. No. 0581011

QUINTAIROS, PRIETO, WOOD & BOYER, P.A
*Attorney for Defendant. Lawyers Title*
One East Broward Boulevard, Suite 1400
Fort Lauderdale, FL  33301
Telephone: (954) 523-7008
Facsimile:  (954) 523-7009

/s/ Philip J. Kantor
Philip J. Kantor, Esq.
pkantor@qpwblaw.com
Florida Bar No. 435597

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing Answer and Affirmative Defenses to Amended Complaint is electronically filed with the Clerk of Court by using the CM/ECF system this _____ day of June 2009, which will send a notice of electronic filing to: **Alexander Lian, Esq.**, Alexander Lian, P.A., 777 Brickell Avenue, Suite 1210, Miami, Florida 33131; and **Sandra J. Millor and Stephen James Binhak,** Greenberg Traurig, PA, 1221 Brickell Avenue, Miami, Florida 33131.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
9300 South Dadeland Boulevard, 4th Floor
Miami, Florida 33156
Telephone:     (305) 670-1101
Facsimile:     (305) 670-1161
/s/      Asika Patel
Philip J. Kantor
pkantor@qpwblaw.com
Florida Bar Number 435597
Asika Patel
apatel@qpwblaw.com
Florida Bar Number: 0581011

6