UNITED STATES DISTRICT COURT
Southern District of Florida

| | |
|---|---|
| Double AA International Investment Group, Inc. and Daymi Rodriguez, <br><br> Plaintiffs, <br><br> vs. <br><br> Swire Pacific Holdings, Inc., a Delaware Corporation, and Lawyers Title Insurance Corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 08-23444-CIV <br> )              ALTONAGA/BROWN <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS'S MOTION FOR SANCTIONS AGAINST LAWYERS TITLE
AND INCORPORATED MEMORANDUM OF LAW**

Plaintiffs Double AA International Investment Group, Inc. and Daymi Rodriguez ("Plaintiffs"), pursuant to Rule 37(b) of the Federal Rules of Civil Procedure, request that this Court impose sanctions upon Defendant Lawyers Title Insurance Corporation for failure to comply with the Court's Order [D.E. # 64] compelling discovery.

In support, Plaintiffs state as follows.

1.  On August 5, 2009 this Ordered Lawyers Title to produce documents (without objections) on Plaintiffs "on or before Friday, August 5, 2009."

2.  The critical documents of this case are the bank statements showing the accounts which Lawyers Title initially placed and then transferred the funds which the Plaintiffs deposited for the purchase of Asia Unit # 3202.

3.  Plaintiffs made their initial Request for Production on June 9, 2009.

4.  In paragraph 4 of the Request for Production, Plaintiffs requested:

>    Any and all bank statements concerning the escrow deposits for Asia Unit # 3202.

5.  To date, despite this Court's Order, Lawyers Title has failed to produce the requested documents.

6.  In addition, Plaintiff's counsel contacted Lawyers Title's counsel at 4:00 p.m. on Friday and reminded him of the Court's order that documents be produced at 5:00 p.m.

7.  Lawyer's Title's counsel represented that he was well aware of the Court's deadline but that the client was being unresponsive.

8.  Lawyer's Title's counsel said he would contact the client and call back before 5:00 p.m.

9.  Lawyer's Title's counsel called back at approximately 4:40 p.m. and asked if Plaintiff's counsel would agree to extend the deadline until 12:00 on Monday, August 10, 2009.

10. Plaintiff's counsel agreed but warned Lawyers Title's counsel that if the documents were not produced at that time he would have no option but to file a Motion for Sanctions.

11. As of the time of the filing of this Motion, Lawyers Title's counsel has not contacted Plaintiff's counsel nor has Lawyers Title produced the Court ordered documents.

12. Plaintiffs' request this Court, under Rule 37(b) deem established the fact that Lawyers Title did not establish, or hold in, a special account, as required under 718.202(2), the deposits it received from Plaintiffs that were in excess of 10 percent of the sale price for Asia Unit # 3202 and which were received prior to the completion of construction of the condominium by the developer (Swire). *See Navellier v. Sletton*, 262 F.3d 923, 947-8 (9th Cir. 2001) (deeming facts necessary to breach of duty claim established when witnessed failed to answer questions when ordered to do so).

13. Plaintiffs also request that this Court award Plaintiffs reasonable attorney's fees for time spent in preparing this Motion for Sanctions because of Lawyers Title's failure to comply with this Court's Order, and any further relief this Court deems just and proper.

> Respectfully Submitted,
>
> ALEXANDER LIAN, P.A.
> *Attorney for Plaintiffs Double AA and Daymi Rodriguez*
> 777 Brickell Avenue, Suite 1210
> Miami, Florida 33131
> Telephone: (305) 381-7910
> Facsimile: (305) 381-7135
> E-mail: alian@alexanderlian.com
>
> By: /s/Alexander Lian
> Alexander Lian
> Florida Bar No.: 571271

### Certificate of Service

I hereby certify that on August 10, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Alexander Lian

**SERVICE LIST**

**Stephen James Binhak**
**Greenberg Traurig**
**1221 Brickell Avenue**
**Miami , FL 33131**
**305-579-0862**
**Fax: 579-0717**
**Email: binhaks@gtlaw.com**
*Attorneys for Swire Pacific Holdings*

**Sandra Jessica Millor**
**Greenberg Traurig**
**1221 Brickell Avenue**
**Miami , FL 33131**
**305-579-0774**
**Fax: 305-579-0717**
**Email: millors@gtlaw.com**
*Attorneys for Swire Pacific Holdings*

**Philip J. Kantor**
**Quintairos, Prieto, Wood & Boyer, P.A.**
**One East Broward Boulevard, Suite 1400**
**Fort Lauderdale, Florida 33301**
**(954) 523-7008**
**Fax: (954) 523-7009**
**Email:  pkantor@qpwblaw.com**
*Attorneys for Lawyers Title Insurance Corporation*

**Asika Patel**
**Quintairos, Prieto, Wood & Boyer, P.A.**
**One East Broward Boulevard, Suite 1400**
**Fort Lauderdale, Florida 33301**
**(954) 523-7008**
**Fax: (954) 523-7009**
**Email:  apatel@qpwblaw.com**
*Attorneys for Lawyers Title Insurance Corporation*